562

469 A.2d 279

Commonwealth v. Spikes a/k/a Biggins, Appellant.

Submitted January 27, 1983. Susan Claire DeYoung, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

469 A.2d 279

Commonwealth v. Sullivan, Appellant.

Submitted September 23, 1983. Daniel F. Wolfson, for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.